UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William Howell, | File No. 24-CV-03618 (JMB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Regions Hospital, | |
| Defendant. | |

---

William Howell, self-represented.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz dated October 9, 2024. (Doc. No. 4.) The R&R recommends that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for Plaintiff William Howell's failure to prosecute. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 4) is ADOPTED; and

2. This matter is DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 22, 2024          /s/ *Jeffrey M. Bryan*
                                  Judge Jeffrey M. Bryan
                                  United States District Court